IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSHUA CLIFTON JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-1193-SLP |
| ) | |
| CORE CIVIC CORP., et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 12] of United States Magistrate Judge Amanda Maxfield Green entered February 24, 2021. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report and Recommendation. *See Moore v. United* States, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Accordingly, the Report and Recommendation of the Magistrate Judge is ADOPTED and this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 31st day of March, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE